THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BESSETTE INTELLECTUAL PROPERTY, LLC; AND LUC BESSETTE<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION, *ET AL.*,<br><br>Defendants. | Civil Action No. 2:15-cv-1196-JRG-RSP<br><br>CONSOLIDATED LEAD CASE |

### ORDER

The Joint Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiffs Bessette Intellectual Property, LLC and Luc Bessette (collectively "Plaintiffs") and Defendants Wal-Mart Stores, Inc. and Wal-Mart.com USA, LLC (collectively "Defendants") is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiffs and Defendants are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

SIGNED this 28th day of January, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE